**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | |
|---|---|
| LOWER, LLC,  )<br><br>*Plaintiff*  )<br><br>v.  )<br><br>ATLANTIC COAST MORTGAGE, LLC,  )<br><br>*Defendant.*  ) | **Case No. 2:26-cv-00319** |

## STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, Lower, LLC ("Lower"), and Defendant, Atlantic Coast Mortgage, LLC ("ACM"), by and through their respective undersigned counsel, hereby stipulate and agree that all claims asserted by Lower against ACM in the Complaint filed March 17, 2026 (the "Claims") are voluntarily dismissed in their entirety, with prejudice.  Lower and ACM further agree that each party shall bear its own attorney's fees and costs in connection with the Claims.  The parties respectfully request that this Court enter an order consistent with this stipulation.

Dated this 30th day of July, 2026.

| | |
|---|---|
| */s/ Joseph F. Murray, per email authorization* | */s/ Carrie B. Hoffman, per email authorization* |
| Joseph F. Murray | Carrie B. Hoffman (*pro hac vice*) |
| Murray Murphy Moul + Basil LLP | Foley & Lardner LLP |
| 114 Dublin Road | 2021 McKinney Avenue, Suite 1600 |
| Columbus, OH 43215 | Dallas, TX 75201 |
| murray@mmmb.com | (214) 999-4262 |
| | choffman@foley.com |

1

Jonathan P. Misny
Murray Murphy Moul + Basil LLP
114 Dublin Road
Columbus, OH 43215
misny@mmmb.com

*Attorneys for Plaintiff*
**LOWER, LLC**

Donald W. Schroeder (*pro hac vice*)
Foley & Lardner LLP
111 Huntington Avenue
Boston, Massachusetts 02199
(617) 342-4000
dschroeder@foley.com

Jessica Glatzer Mason (*pro hac vice*)
Foley & Lardner LLP
1000 Louisiana Street, Suite 2000
Houston, TX 77002
(713) 276-5500
jmason@foley.com

Rachel Powitzky Steely (*pro hac vice*)
Foley & Lardner LLP
1000 Louisiana Street, Suite 2000
Houston, TX 77002
(713) 276-5500
rsteely@foley.com

John F. Marsh – Trial Attorney (0065345)
Bailey Cavalieri LLC
10 W. Broad Street, Ste. 2100
Columbus, OH 43215-3422
(614) 229-3230
jmarsh@baileycav.com

*Attorneys for Defendant*
**ATLANTIC COAST MORTGAGE, LLC**

2